[Decided January 10, 1895.]

## STATE *v.* TAMARIA VANN.
[S. C. 40 Pac. 229.]

APPEAL from Multnomah

*Mr. Edward Mendenhall,* for Appellant.

*Mr. John H. Hall,* for the State.

PER CURIAM.   It now appearing to the court that the defendant is dead, this case is dismissed.

DISMISSED.

---

[Decided January 10, 1895.]

## STATE *v.* GEORGIE WHITE.
[S. C. 40 Pac. 229.]

APPEAL from Multnomah.

*Mr. John F. Logan,* for Appellant.

*Mr. John H. Hall,* for the State.

PER CURIAM.   At the suggestion of the state's attorney, that the defendant has been pardoned by the governor, the appeal herein is dismissed.

DISMISSED.